**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.204.244.110**

**ISP:** AT&T U-verse
**Physical Location:** Fort Worth, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/23/2018 18:18:26 | A71281103E015E83F629CD73806ADE220F15CD8A | Fashion Model Bikini Lesbians |
| 12/09/2018 11:16:53 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 12/05/2018 00:37:08 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/11/2018 18:45:49 | 4C46F34F2008E346FCD584E5844F79213DEC44F5 | Everybody Plays Three Ways |
| 11/14/2017 21:35:07 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 10/30/2017 07:39:30 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 07/02/2017 05:40:10 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 07/02/2017 03:17:36 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 05/03/2017 02:08:22 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 05/01/2017 04:13:21 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 05/01/2017 04:12:45 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 04/16/2017 18:47:09 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |

**Total Statutory Claims Against Defendant: 12**