UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 3:19-cv-00836-M |
| v. | ) |
| KENDALL HESTILOW, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Malibu Media, LLC and Defendant, Kendall Hestilow, subscriber assigned IP address 76.204.244.110, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant, respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

/s/ Paul S. Beik
Paul S. Beik, Esq.
8100 Washington Avenue, Suite 1000
Houston, TX 77007
Ph. (713) 869-6975
Email: paul@beiklaw.com
*Attorneys for Plaintiff*

Kendall Hestilow
1804 Belle Place
Ft. Worth, TX 76107
Ph. (817) 507-5566
*Pro Se Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul S. Beik*