| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✓ ACTION      APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court for the Northern District of Texas, Dallas Division |
|---|---|---|
| DOCKET NO.<br>3:19-cv-00836-G | DATE FILED<br>4/03/2019 | |
| PLAINTIFF<br><br>Malibu Media LLC | | DEFENDANT<br>John Doe<br>infringer using IP address 76.204.244.110 |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| 1 | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>       Amendment      Answer      Cross Bill      Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>     Order      Judgment | WRITTEN OPINION ATTACHED<br>     ✓ Yes      No | DATE RENDERED |
|---|---|---|
| CLERK<br>Karen Mitchell | (BY) DEPUTY CLERK<br>s/ N. Taylor | DATE<br>10/16/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.204.244.110**

**ISP:** AT&T U-verse
**Physical Location:** Fort Worth, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/23/2018 18:18:26 | A71281103E015E83F629CD73806ADE220F15CD8A | Fashion Model Bikini Lesbians |
| 12/09/2018 11:16:53 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 12/05/2018 00:37:08 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/11/2018 18:45:49 | 4C46F34F2008E346FCD584E5844F79213DEC44F5 | Everybody Plays Three Ways |
| 11/14/2017 21:35:07 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 10/30/2017 07:39:30 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 07/02/2017 05:40:10 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 07/02/2017 03:17:36 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 05/03/2017 02:08:22 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 05/01/2017 04:13:21 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 05/01/2017 04:12:45 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 04/16/2017 18:47:09 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

NTX12

Copyrights-In-Suit for IP Address 76.204.244.110

**ISP:** AT&T U-verse
**Location:** Fort Worth, TX

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fashion Model Bikini Lesbians | PA0002139371 | 09/25/2018 | 10/09/2018 | 12/23/2018 |
| Lingerie Birthday Surprise | PA0002116044 | 04/06/2018 | 05/01/2018 | 12/09/2018 |
| Watch Me Cum For You | PA0002094991 | 12/01/2017 | 12/05/2017 | 12/05/2018 |
| Everybody Plays Three Ways | PA0002109637 | 03/16/2018 | 03/28/2018 | 11/11/2018 |
| Would You Fuck My Girlfriend | PA0002094797 | 11/10/2017 | 11/28/2017 | 11/14/2017 |
| Fit For A Fuck | PA0002078597 | 08/12/2017 | 08/30/2017 | 10/30/2017 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 07/02/2017 |
| Sweeter Than Wine | PA0002035896 | 10/12/2016 | 12/04/2016 | 07/02/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 05/03/2017 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 05/01/2017 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 05/01/2017 |
| The Artiste | PA0002020180 | 05/28/2016 | 06/27/2016 | 04/16/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  12**